**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Degand, Joseph | § | Case No. 08-26454 |
| Degand, Susan | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/02/2008 . The undersigned trustee was appointed on 05/19/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 93,414.65

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 33,860.40 |
| Bank service fees | | 904.66 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 7,500.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 51,149.59 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/10/2013 and the deadline for filing governmental claims was 01/10/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,545.73 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 7,545.73 , for a total compensation of $ 7,545.73 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/03/2014 By:/s/Elizabeth C. Berg, Successor TR
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**Successor TR Berg - TFR Exhibit A**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit A

Case No: 08-26454 Judge: DONALD R. CASSLING
Case Name: Degand, Joseph
Degand, Susan
For Period Ending: 10/03/14

Trustee Name: Elizabeth C. Berg, Successor TR
Date Filed (f) or Converted (c): 10/02/08 (f)
341(a) Meeting Date: 11/18/08
Claims Bar Date: 01/10/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1605 BROOK COURT, AURORA, IL | 234,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT - OXFORD ANK | 1.56 | 0.00 | | 0.00 | FA |
| 3. MISC HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 5. MADISON NAT'L LIFE INS CO | 15,000.00 | 0.00 | | 0.00 | FA |
| 6. NEW YORK LIFE INS CO | 0.00 | 0.00 | | 0.00 | FA |
| 7. KANE COUNTY - IMRF | 4,433.88 | 0.00 | | 0.00 | FA |
| 8. SUBURBAN TEAMSTERS OF NO IL | 746.65 | 0.00 | | 0.00 | FA |
| 9. 2001 CROWN POINT CAMPER PARK TRAILER | 26,500.00 | 0.00 | | 0.00 | FA |
| 10. 2004 MERCURY SABLE | 5,050.00 | 0.00 | | 0.00 | FA |
| 11. PI CLAIM (u) | 86,000.00 | 78,500.00 | | 93,414.65 | FA |
| 12. Debtors own 2 Class A equity membership in Pioneer Park Ltd. This ownership does not convey any real estate interest. It gives the debtors the right to occupy the land that the trailer set forth above sits on. | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $372,332.09 | $78,500.00 | | $93,414.65 | $0.00 |

**Successor TR Berg - TFR Exhibit A**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit A

Case No: 08-26454 Judge: DONALD R. CASSLING

Case Name: Degand, Joseph
Degand, Susan

Trustee Name: Elizabeth C. Berg, Successor TR

Date Filed (f) or Converted (c): 10/02/08 (f)

341(a) Meeting Date: 11/18/08

Claims Bar Date: 01/10/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PENDING SETTLEMENT OF PI CLAIMS AND PENDING OBJECTION TO CLAIMED EXEMPTIONS; DEBTOR'S ATTORNEY SET TO WITHDRAW ON 10/12/12
Trustee reviewing possible resolution of settlement. Hold back by drug companies
Per circuit court opinion: treating insurance company like Medicare.
Settlement and compromise of PI claim approved by order of court
waiting for balance of funds from PI case and then final can be filed. estimated new date for final. 5/30/14.
After review of claims- in process of drafting objection to claim #1 (Ford Motor Credit Company) to file if claimant doesn't voluntarily withdrawal claim.
Notice of hearing and Objection to claim of Ford Motor Company filed. Hearing on 4/25/14
Ford Motor Credit Company withdrew their claim (Claim #1)

TR Grochochinksi resigned for health reasons on 4-12-14, shortly after submitting final report to UST for approval. Berg appt Successor TR 5-19-14. Successor TR has reviewed case docket, claims register, prior TR's files and initial final report. TR has determined all asset were fully and properly administered. Successor TR has prepared and submitted this final report of Successor TR.

**Successor TR Berg - TFR Exhibit A**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit A

Case No: 08-26454 Judge: DONALD R. CASSLING

Case Name: Degand, Joseph
Degand, Susan

Trustee Name: Elizabeth C. Berg, Successor TR

Date Filed (f) or Converted (c): 10/02/08 (f)

341(a) Meeting Date: 11/18/08

Claims Bar Date: 01/10/13

Initial Projected Date of Final Report (TFR): 12/30/14 Current Projected Date of Final Report (TFR): 12/30/14

Successor TR Berg - TFR Exhibit B



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-26454
Case Name: Degand, Joseph
Degand, Susan
Taxpayer ID No: 61-6478696
For Period Ending: 10/03/14

Trustee Name: Elizabeth C. Berg, Successor TR
Bank Name: UNKNOWN BANK
Account Number / CD #: *******5401 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C 04/26/13 | 11 | WAGSTAFF & CARTMELL LLP<br>4740 GRAND AVENUE<br>SUITE 300<br>KANSAS CITY, MO 64112 | SETTLEMENT FUNDS | 1242-000 | 37,636.00 | | 37,636.00 |
| C 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 3.91 | 37,632.09 |
| C 05/09/13 | 003001 | Joseph Degand<br>c/o David Ward<br>Illini Legal Services Chtd<br>2756 Route 34<br>Oswego, IL 60505 | exemption to debtor | 8100-002 | | 7,500.00 | 30,132.09 |
| C 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 59.17 | 30,072.92 |
| C 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 43.83 | 30,029.09 |
| C 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 48.45 | 29,980.64 |

Successor TR Berg - TFR Exhibit B



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-26454
Case Name: Degand, Joseph
Degand, Susan
Taxpayer ID No: 61-6478696
For Period Ending: 10/03/14

Trustee Name: Elizabeth C. Berg, Successor TR
Bank Name: UNKNOWN BANK
Account Number / CD #: *******5401 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Houston, TX 77092 | | | | | |
| C 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 51.50 | 29,929.14 |
| C 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 43.62 | 29,885.52 |
| C 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 48.22 | 29,837.30 |
| C 11/21/13 | | Wagstaff & Cartmell LLP<br>4740 Grand Ave.<br>Suite 300<br>Kansas City, MO 64105 | Settlement Funds | | 21,961.04 | | 51,798.34 |
| | 11 | WAGSTAFF & CARTMELL LLP | Memo Amount: 93,414.65<br>Settlement Funds - Avandia Lawsuit | 1242-000 | | | |
| | | WAGSTAFF & CARTMELL (50%) | Memo Amount: ( 26,057.45 )<br>TR's Attorney Fees | 3210-000 | | | |
| | | $361.62, WAGSTAFF CASE EXP. | Memo Amount: ( 1,221.13 )<br>TR Attorney's Expense Reimbursement | 3220-000 | | | |
| | | WAGSTAFF & CARTMELL | Memo Amount: ( 3,736.59 )<br>MDL Assessment - Attys share (4%) | 2700-000 | | | |
| | | WAGSTAFF & CARTMELL | Memo Amount: ( 2,802.44 )<br>MDL Assessment - Client Share (3%) | 2700-000 | | | |

Successor TR Berg - TFR Exhibit B



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-26454
Case Name: Degand, Joseph
Degand, Susan
Taxpayer ID No: 61-6478696
For Period Ending: 10/03/14

Trustee Name: Elizabeth C. Berg, Successor TR
Bank Name: UNKNOWN BANK
Account Number / CD #: *******5401 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 11 | | Memo Amount: ( 37,636.00 )<br>Balance Due - Net Proceeds | 1242-000 | | | |
| C 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 59.58 | 51,738.76 |
| C 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 80.79 | 51,657.97 |
| C 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 88.73 | 51,569.24 |
| C 04/02/14 | 003002 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Blanket bond #016026455 2/01/14 | 2300-000 | | 42.79 | 51,526.45 |
| C 04/09/14 | | Green Bank | DDA Service Charge (made 4/1/2014 at the bank) | 2600-000 | | 75.16 | 51,451.29 |
| C 04/09/14 | | Green Bank | DDA Service Charge (made 4/1/2014 at the bank) | 2600-000 | | 77.84 | 51,373.45 |
| C t 06/02/14 | | Transfer to Acct #*******6081 | Bank Funds Transfer | 9999-000 | | 51,373.45 | 0.00 |

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-26454
Case Name: Degand, Joseph
Degand, Susan
Taxpayer ID No: 61-6478696
For Period Ending: 10/03/14

Trustee Name: Elizabeth C. Berg, Successor TR
Bank Name: UNKNOWN BANK
Account Number / CD #: *******5401 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

| | |
|---|---|
| Memo Allocation Receipts: | 55,778.65 * |
| Memo Allocation Disbursements: | 33,817.61 |
| Memo Allocation Net: | 21,961.04 |

Account *******5401

| | | | |
|---|---|---|---|
| | Balance Forward | | 0.00 |
| 2 | Deposits | | 59,597.04 |
| 0 | Interest Postings | | 0.00 |
| | Subtotal | $ | 59,597.04 |
| 0 | Adjustments In | | 0.00 |
| 0 | Transfers In | | 0.00 |
| | Total | $ | 59,597.04 |

| | | | |
|---|---|---|---|
| 2 | Checks | | 7,542.79 |
| 12 | Adjustments Out | | 680.80 |
| 1 | Transfers Out | | 51,373.45 |
| | Total | $ | 59,597.04 |

Successor TR Berg - TFR Exhibit B



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-26454
Case Name: Degand, Joseph
Degand, Susan
Taxpayer ID No: 61-6478696
For Period Ending: 10/03/14

Trustee Name: Elizabeth C. Berg, Successor TR
Bank Name: Associated Bank
Account Number / CD #: *******6081 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 06/02/14 | | Transfer from Acct #*******5401 | Bank Funds Transfer | 9999-000 | 51,373.45 | | 51,373.45 |
| C 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 71.43 | 51,302.02 |
| C 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 76.27 | 51,225.75 |
| C 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 76.16 | 51,149.59 |

* Reversed
t Funds Transfer
C Bank Cleared

| | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

Account *******6081

| | | | |
|---|---|---|---|
| | Balance Forward | | 0.00 |
| 0 | Deposits | | 0.00 |
| 0 | Interest Postings | | 0.00 |
| | Subtotal | $ | 0.00 |
| 0 | Adjustments In | | 0.00 |
| 1 | Transfers In | | 51,373.45 |
| | Total | $ | 51,373.45 |

| | | | |
|---|---|---|---|
| 0 | Checks | | 0.00 |
| 3 | Adjustments Out | | 223.86 |
| 0 | Transfers Out | | 0.00 |
| | Total | $ | 223.86 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-26454
Case Name: Degand, Joseph
Degand, Susan
Taxpayer ID No: 61-6478696
For Period Ending: 10/03/14

Trustee Name: Elizabeth C. Berg, Successor TR
Bank Name: Associated Bank
Account Number / CD #: *******6081 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Total Allocation Receipts: 55,778.65 *
Total Allocation Disbursements: 33,817.61

Total Memo Allocation Net: 21,961.04

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 2 | Deposits | 59,597.04 | 2 | Checks | | 7,542.79 |
| 0 | Interest Postings | 0.00 | 15 | Adjustments Out | | 904.66 |
| | | | 1 | Transfers Out | | 51,373.45 |
| | Subtotal | $ 59,597.04 | | | | |
| | | | | Total | $ | 59,820.90 |
| 0 | Adjustments In | 0.00 | | | | |
| 1 | Transfers In | 51,373.45 | | | | |
| | Total | $ 110,970.49 | | Net Total Balance | $ | 51,149.59 |

Suc.TR: TFR, Ex. C.
ANALYSIS OF CLAIMS REGISTER

Date: October 03, 2014

Case Number: 08-26454
Debtor Name: Degand, Joseph

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 200<br>3120-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Administrative | | $119.37 | $119.37 | $119.37 |
| 200<br>3110-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Administrative | | $3,086.50 | $3,086.50 | $3,086.50 |
| 200<br>2990-00 | CLERK OF THE US BANKRUPTCY COURT<br>219 S. DEARBORN<br>CHICAGO, IL 60604 | Administrative | | $260.00 | $260.00 | $260.00 |
| 200<br>2200-00 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | | $0.00 | $0.00 | $0.00 |
| 200<br>2100-00 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | | $0.00 | $7,545.73 | $7,545.73 |
| 10<br>610<br>7100-00 | Springleaf Financial Services<br>PO BOX 3251<br>Evansville, IN 47731 | Unsecured | | $0.00 | $947.20 | $947.20 |
| 11<br>610<br>7100-00 | eCAST Settlement Corporation, assignee<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 071935480 | Unsecured | | $2,220.00 | $2,378.88 | $2,378.88 |
| 12<br>610<br>7100-00 | eCAST Settlement Corporation, assignee<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 071935480 | Unsecured | | $462.00 | $636.44 | $636.44 |
| 13<br>610<br>7100-00 | eCAST Settlement Corporation, assignee<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 071935480 | Unsecured | | $1,491.00 | $1,484.56 | $1,484.56 |
| 2<br>610<br>7100-00 | James D. Shales<br>c/o Ryan P. Kennan<br>Kennan Law Offices, P.C.<br>100 Illinois Street, Suite 200<br>Charles, IL 60174 | Unsecured | | $102,998.53 | $75,725.00 | $75,725.00 |
| 3<br>610<br>7100-00 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 071935480 | Unsecured | | $9,347.00 | $9,624.28 | $9,624.28 |

Suc.TR: TFR, Ex. C.
ANALYSIS OF CLAIMS REGISTER

Date: October 03, 2014

Case Number: 08-26454
Debtor Name: Degand, Joseph

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>610<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $2,688.00 | $2,825.81 | $2,825.81 |
| 5<br>610<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $486.00 | $629.40 | $629.40 |
| 6<br>610<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $544.00 | $704.49 | $704.49 |
| 7<br>610<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $476.00 | $551.61 | $551.61 |
| 8<br>610<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of MHC Receivables LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $928.00 | $1,015.73 | $1,015.73 |
| 9<br>610<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of MHC Receivables LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,538.00 | $1,490.96 | $1,490.96 |
| 1<br>560<br>4110-00 | Ford Motor Credit Company LLC<br>P O Box 537901<br>Livonia, MI 481539905 | Secured | | $0.00 | $13,197.69 | $0.00 |
| | Case Totals: | | | $126,644.40 | $122,223.65 | $109,025.96 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-26454
Case Name: Degand, Joseph
Degand, Susan
Trustee Name: Elizabeth C. Berg, Successor TR

| | | |
|---|---|---|
| Balance on hand | $ | 51,149.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Successor TR | $ 7,545.73 | $ 0.00 | $ 7,545.73 |
| Attorney for Trustee Fees: InnovaLaw, PC | $ 3,086.50 | $ 0.00 | $ 3,086.50 |
| Other: CLERK OF THE US BANKRUPTCY COURT | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: InnovaLaw, PC | $ 119.37 | $ 0.00 | $ 119.37 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 11,011.60 |
| Remaining Balance | $ | 40,137.99 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 98,014.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | James D. Shales | $ 75,725.00 | $ 0.00 | $ 31,010.24 |
| 3 | eCAST Settlement Corporation | $ 9,624.28 | $ 0.00 | $ 3,941.25 |
| 4 | PYOD, LLC its successors and assigns as assignee | $ 2,825.81 | $ 0.00 | $ 1,157.20 |
| 5 | PYOD, LLC its successors and assigns as assignee | $ 629.40 | $ 0.00 | $ 257.75 |
| 6 | PYOD, LLC its successors and assigns as assignee | $ 704.49 | $ 0.00 | $ 288.50 |
| 7 | PYOD, LLC its successors and assigns as assignee | $ 551.61 | $ 0.00 | $ 225.89 |
| 8 | PYOD, LLC its successors and assigns as assignee | $ 1,015.73 | $ 0.00 | $ 415.95 |
| 9 | PYOD, LLC its successors and assigns as assignee | $ 1,490.96 | $ 0.00 | $ 610.57 |
| 10 | Springleaf Financial Services | $ 947.20 | $ 0.00 | $ 387.89 |
| 11 | eCAST Settlement Corporation, assignee | $ 2,378.88 | $ 0.00 | $ 974.18 |
| 12 | eCAST Settlement Corporation, assignee | $ 636.44 | $ 0.00 | $ 260.63 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 13 | eCAST Settlement Corporation, assignee | $ 1,484.56 | $ 0.00 | $ 607.94 |

Total to be paid to timely general unsecured creditors $ 40,137.99

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE