UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| DEGAND, JOSEPH | § | Case No. 08-26454 |
| DEGAND, SUSAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

      3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/Elizabeth C. Berg, Trustee _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Joseph Degand |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Affinity Plus Credit Union |  |  |  |  |  |
|  | Citizens CAF |  |  |  |  |  |
|  | HFC |  |  |  |  |  |
|  | HFC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| Associated Bank | | | | | |
| Green Bank | | | | | |
| WAGSTAFF & CARTMELL | | | | | |
| CLERK OF THE US BANKRUPTCY COURT | | | | | |
| INNOVALAW, PC | | | | | |
| INNOVALAW, PC | | | | | |
| WAGSTAFF & CARTMELL (50%) | | | | | |
| $361.62, WAGSTAFF CASE EXP. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Finance | | | | | |
| | Capital One Bank | | | | | |
| | Capital One Bank | | | | | |
| | Castle Surgical Center | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | | | | | |
| | Chase BP | | | | | |
| | Citi Bank/Fingerhut | | | | | |
| | Citibank/Fingerhut | | | | | |
| | First Premier Bank | | | | | |
| | Fox Valley Pain Management | | | | | |
| | Fox Valley Pain Mgmt. | | | | | |
| | GEMB/Gap | | | | | |
| | GEMB/Sams | | | | | |
| | HSBC Bank | | | | | |
| | Provena St. Joseph | | | | | |
| | Rush Copley Medical Center | | | | | |
| | Rush Copley Medical Center | | | | | |
| | Seventh Ave. | | | | | |
| | Shell Citi | | | | | |
| | Target NB | | | | | |
| | The Swiss Colony | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Univesit Open MRI of Naperville |  |  |  |  |  |
| 3 | ECAST SETTLEMENT CORPORATION |  |  |  |  |  |
| 11 | ECAST SETTLEMENT CORPORATION, ASSIG |  |  |  |  |  |
| 12 | ECAST SETTLEMENT CORPORATION, ASSIG |  |  |  |  |  |
| 13 | ECAST SETTLEMENT CORPORATION, ASSIG |  |  |  |  |  |
| 2 | JAMES D. SHALES |  |  |  |  |  |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGN |  |  |  |  |  |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGN |  |  |  |  |  |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGN |  |  |  |  |  |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGN |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 10 | SPRINGLEAF FINANCIAL SERVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-26454 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | DEGAND, JOSEPH | | | Date Filed (f) or Converted (c): | 10/02/08 (f) |
| | DEGAND, SUSAN | | | 341(a) Meeting Date: | 11/18/08 |
| For Period Ending: | 01/07/15 | | | Claims Bar Date: | 01/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1605 BROOK COURT, AURORA, IL | 234,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT - OXFORD ANK | 1.56 | 0.00 | | 0.00 | FA |
| 3. MISC HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 5. MADISON NAT'L LIFE INS CO | 15,000.00 | 0.00 | | 0.00 | FA |
| 6. NEW YORK LIFE INS CO | 0.00 | 0.00 | | 0.00 | FA |
| 7. KANE COUNTY - IMRF | 4,433.88 | 0.00 | | 0.00 | FA |
| 8. SUBURBAN TEAMSTERS OF NO IL | 746.65 | 0.00 | | 0.00 | FA |
| 9. 2001 CROWN POINT CAMPER PARK TRAILER | 26,500.00 | 0.00 | | 0.00 | FA |
| 10. 2004 MERCURY SABLE | 5,050.00 | 0.00 | | 0.00 | FA |
| 11. PI CLAIM (u) | 86,000.00 | 78,500.00 | | 93,414.65 | FA |
| 12. Debtors own 2 Class A equity membership in Pioneer Park Ltd. This ownership does not convey any real estate interest. It gives the debtors the right to occupy the land that the trailer set forth above sits on. | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $372,332.09 | $78,500.00 | | $93,414.65 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 29, 2014: TR Grochochinksi resigned for health reasons on 4-12-14, shortly after submitting final report to UST for approval. Berg appted successor TR 5-19-14. Successor TR reviewed case docket, claims register, prior TR's files and initial final report. TR determined all assets were fully and properly administered. Successor TR has prepared and submitted the final report of Successor TR. TFR scheduled for final hearing on 11/7/14; Thereafter, will

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-26454   DRC   Judge: DONALD R. CASSLING | Trustee Name:   Elizabeth C. Berg, Trustee |
| Case Name: | DEGAND, JOSEPH | Date Filed (f) or Converted (c):   10/02/08 (f) |
| | DEGAND, SUSAN | 341(a) Meeting Date:   11/18/08 |
| | | Claims Bar Date:   01/10/13 |

make final distribution and close case.

Prior Trustee's Notes:   Pending settlement of PI Claims and pending objection to claimed exemptions; Debtor's attorney set to withdraw on 10/12/12

Trustee reviewing possible resolution of settlement. Hold back by drug companies

Per circuit court opinion: treating insurance company like Medicare.  Settlement and compromise of PI claim approved by order of court

waiting for balance of funds from PI case and then final can be filed.  estimated new date for final. 5/30/14.

After review of claims- in process of drafting objection to claim #1 (Ford Motor Credit Company) to file if claimant doesn't voluntarily withdrawal claim.

Notice of hearing and Objection to claim of Ford Motor Company filed. Hearing on 4/25/14;  Ford Motor Credit Company withdrew their claim (Claim #1)

Initial Projected Date of Final Report (TFR): 12/30/14        Current Projected Date of Final Report (TFR): 10/09/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-26454 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | DEGAND, JOSEPH | | Bank Name: | UNKNOWN BANK |
| | DEGAND, SUSAN | | Account Number / CD #: | *******5401 Checking Account |
| Taxpayer ID No: | *******8696 | | | |
| For Period Ending: | 01/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/13 | 11 | WAGSTAFF & CARTMELL LLP<br>4740 GRAND AVENUE<br>SUITE 300<br>KANSAS CITY, MO 64112 | SETTLEMENT FUNDS | 1242-000 | 37,636.00 | | 37,636.00 |
| 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 3.91 | 37,632.09 |
| 05/09/13 | 003001 | Joseph Degand<br>c/o David Ward<br>Illini Legal Services Chtd<br>2756 Route 34<br>Oswego, IL 60505 | exemption to debtor<br>8100-002    $-7,500.00 | 8100-002 | | 7,500.00 | 30,132.09 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 59.17 | 30,072.92 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 43.83 | 30,029.09 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 48.45 | 29,980.64 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 51.50 | 29,929.14 |

Page Subtotals        37,636.00        7,706.86

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-26454 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | DEGAND, JOSEPH | Bank Name: | UNKNOWN BANK |
| | DEGAND, SUSAN | Account Number / CD #: | *******5401 Checking Account |
| Taxpayer ID No: | *******8696 | | |
| For Period Ending: | 01/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 43.62 | 29,885.52 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 48.22 | 29,837.30 |
| 11/21/13 | | Wagstaff & Cartmell LLP<br>4740 Grand Ave.<br>Suite 300<br>Kansas City, MO 64105 | Settlement Funds | | 21,961.04 | | 51,798.34 |
| | 11 | WAGSTAFF & CARTMELL LLP | Memo Amount: 93,414.65<br>Settlement Funds - Avandia Lawsuit | 1242-000 | | | |
| | | WAGSTAFF & CARTMELL (50%) | Memo Amount: ( 26,057.45 )<br>TR's Attorney Fees | 3210-000 | | | |
| | | $361.62, WAGSTAFF CASE EXP. | Memo Amount: ( 1,221.13 )<br>TR Attorney's Expense Reimbursement | 3220-000 | | | |
| | | WAGSTAFF & CARTMELL | Memo Amount: ( 3,736.59 )<br>MDL Assessment - Attys share (4%) | 2700-000 | | | |
| | | WAGSTAFF & CARTMELL | Memo Amount: ( 2,802.44 )<br>MDL Assessment - Client Share (3%) | 2700-000 | | | |
| | 11 | | Memo Amount: ( 37,636.00 )<br>Balance Due - Net Proceeds | 1242-000 | | | |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 59.58 | 51,738.76 |
| 12/31/13 | | Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 80.79 | 51,657.97 |

Page Subtotals    21,961.04    232.21

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-26454 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | DEGAND, JOSEPH | | Bank Name: | UNKNOWN BANK |
| | DEGAND, SUSAN | | Account Number / CD #: | *******5401  Checking Account |
| Taxpayer ID No: | *******8696 | | | |
| For Period Ending: | 01/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/14 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 88.73 | 51,569.24 |
| 04/02/14 | 003002 | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14 to 2/10/15<br>        2300-000        $-42.79 | 2300-000 | | 42.79 | 51,526.45 |
| 04/09/14 | | Green Bank | DDA Service Charge (made 4/1/2014 at the bank) | 2600-000 | | 75.16 | 51,451.29 |
| 04/09/14 | | Green Bank | DDA Service Charge (made 4/1/2014 at the bank) | 2600-000 | | 77.84 | 51,373.45 |
| 06/02/14 | | Transfer to Acct #*******6081 | Bank Funds Transfer | 9999-000 | | 51,373.45 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 55,778.65 * | COLUMN TOTALS | | 59,597.04 | 59,597.04 | 0.00 |
| Memo Allocation Disbursements: | 33,817.61 | Less:  Bank Transfers/CD's | | 0.00 | 51,373.45 | |
| | | Subtotal | | 59,597.04 | 8,223.59 | |
| Memo Allocation Net: | 21,961.04 | Less:  Payments to Debtors | | | 7,500.00 | |
| | | Net | | 59,597.04 | 723.59 | |

Page Subtotals    0.00    51,657.97

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-26454 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | DEGAND, JOSEPH | Bank Name: | Associated Bank |
|  | DEGAND, SUSAN | Account Number / CD #: | *******6081 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8696 |  |  |
| For Period Ending: | 01/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/02/14 |  | Transfer from Acct #*******5401 | Bank Funds Transfer | 9999-000 | 51,373.45 |  | 51,373.45 |
| 07/08/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 71.43 | 51,302.02 |
| 08/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 76.27 | 51,225.75 |
| 09/08/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 76.16 | 51,149.59 |
| 11/13/14 | 005001 | David E. Grochocinski<br>15020 Ravina Avenue, Ste. 29<br>Orland Park, IL 60462 | Trustee Compensation | 2100-000 |  | 7,545.73 | 43,603.86 |
| 11/13/14 | 005002 | CLERK OF THE US BANKRUPTCY COURT<br>219 S. DEARBORN<br>CHICAGO, IL 60604 | Other Chapter 7 Administrative Expe | 2990-000 |  | 260.00 | 43,343.86 |
| 11/13/14 | 005003 | InnovaLaw, PC<br>15020 Ravina Avenue, Ste. 29<br>Orland Park, IL 60462 | Attorney for Trustee Fees (Trustee | 3110-000 |  | 3,086.50 | 40,257.36 |
| 11/13/14 | 005004 | InnovaLaw, PC<br>15020 Ravina Avenue, Ste. 29<br>Orland Park, IL 60462 | Attorney for Trustee Expenses (Trus | 3120-000 |  | 119.37 | 40,137.99 |
| 11/13/14 | 005005 | Springleaf Financial Services<br>PO BOX 3251<br>Evansville, IN 47731 | Claim 10, Payment 40.95% | 7100-000 |  | 387.89 | 39,750.10 |
| 11/13/14 | 005006 | eCAST Settlement Corporation, assignee<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 071935480 | Claim 11, Payment 40.95% | 7100-000 |  | 974.18 | 38,775.92 |
| 11/13/14 | 005007 | eCAST Settlement Corporation, assignee<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 071935480 | Claim 12, Payment 40.95% | 7100-000 |  | 260.63 | 38,515.29 |
| 11/13/14 | 005008 | eCAST Settlement Corporation, assignee | Claim 13, Payment 40.95% | 7100-000 |  | 607.94 | 37,907.35 |

Page Subtotals 51,373.45 13,466.10

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-26454 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | DEGAND, JOSEPH | Bank Name: | Associated Bank |
|  | DEGAND, SUSAN | Account Number / CD #: | *******6081 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8696 |  |  |
| For Period Ending: | 01/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 11/13/14 | 005009 | James D. Shales<br>10 West State Street, Suite 108<br>Geneva, IL 60134<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 071935480 | Claim 2, Payment 40.95% | 7100-003 | | 31,010.24 | 6,897.11 |
| * 11/13/14 | 005009 | James D. Shales<br>10 West State Street, Suite 108<br>Geneva, IL 60134 | Claim 2, Payment 40.95%<br>Voided Check to Correct Address. Replaced with check # 5017 | 7100-003 | | -31,010.24 | 37,907.35 |
| 11/13/14 | 005010 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 071935480 | Claim 3, Payment 40.95% | 7100-000 | | 3,941.25 | 33,966.10 |
| 11/13/14 | 005011 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 4, Payment 40.95% | 7100-000 | | 1,157.20 | 32,808.90 |
| 11/13/14 | 005012 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 5, Payment 40.95% | 7100-000 | | 257.75 | 32,551.15 |
| 11/13/14 | 005013 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 6, Payment 40.95% | 7100-000 | | 288.50 | 32,262.65 |
| 11/13/14 | 005014 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services | Claim 7, Payment 40.95% | 7100-000 | | 225.89 | 32,036.76 |

Page Subtotals            0.00        5,870.59

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-26454 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | DEGAND, JOSEPH | Bank Name: | Associated Bank |
| | DEGAND, SUSAN | Account Number / CD #: | *******6081 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8696 | | |
| For Period Ending: | 01/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/13/14 | 005015 | PYOD, LLC its successors and assigns as assignee of MHC Receivables LLC Resurgent Capital Services PO Box 19008 Greenville, SC  29602 | Claim 8, Payment 40.95% | 7100-000 | | 415.95 | 31,620.81 |
| 11/13/14 | 005016 | PYOD, LLC its successors and assigns as assignee of MHC Receivables LLC Resurgent Capital Services PO Box 19008 Greenville, SC  29602 | Claim 9, Payment 40.95% | 7100-000 | | 610.57 | 31,010.24 |
| 11/13/14 | 005017 | James D. Shales PO Box 232 Elgin, IL  60121 | Claim 2, Payment 40.95% Voided Check No. 5009 to change address. Replaced with Check No. 5017. | 7100-000 | | 31,010.24 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 51,373.45 | 51,373.45 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 51,373.45 | 0.00 | |
| | | Subtotal | 0.00 | 51,373.45 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 51,373.45 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 55,778.65 * | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 33,817.61 | Checking Account - ********5401 | 59,597.04 | 723.59 | 0.00 |
| Total Memo Allocation Net: | 21,961.04 | Checking Account (Non-Interest Earn - *******6081 | 0.00 | 51,373.45 | 0.00 |
| | | | 59,597.04 | 52,097.04 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  32,036.76

Ver: 18.03b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

Exhibit 9

| Case No: | 08-26454 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | DEGAND, JOSEPH | | Bank Name: | Associated Bank |
| | DEGAND, SUSAN | | Account Number / CD #: | *******6081 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8696 | | | |
| For Period Ending: | 01/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********5401

Checking Account (Non-Interest Earn - ********6081

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*